**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Attorney General Alberto Gonzales
    U.S. Department of Justice
    950 Pennsylvania Ave, NW
    Washington, D.C. 20530-0001

    05CV683

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Parker_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   AUG 0 3 2005

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7004 2890 0000 9799 1193

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Honorable John W. Snow, Sec'y
    U.S. Department of Treasury
    1500 Pennsylvania Ave., NW
    Washington, D.C. 20220

    05CV683

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _M. Middleton_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   AUG -3 2005

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7004 2890 0000 9799 1209

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540