## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| PATRICIA GRANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:05-cv-683-VPM |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## ANSWER

Defendant, the United States of America, by and through undersigned counsel, in response to the specifically numbered paragraphs of the Complaint, answers as follows:

### I. Introduction

1. Defendant, denies except admits that this action is a refund action involving income tax liability of the Plaintiff for the 1996 tax year.

### II. Jurisdiction

2. Admits

3. Admits.

### III. Facts

4. Admits.

5. Admits.

6. Admits.

7. Denies, but Defendant admits that the Internal Revenue Service has not responded to Plaintiff's claim for a refund for more than six months.

1369279.1

8.     Defendant lacks information or knowledge sufficient to admit or deny the truth of this allegation at this time.

### V.  Reasonable Litigation Costs

9.     Defendant admits that Plaintiff is claiming litigation costs but Defendant denies that Plaintiff is entitled to recover any costs.

10.     Defendant admits that Plaintiff is claiming litigation costs but Defendant denies that Plaintiff is entitled to recover any costs.

11.     Defendant admits that Plaintiff is attorneys' fees but Defendant denies that Plaintiff is entitled to recover any fees.

12.     Any factual allegations not specifically admitted herein are denied.

### V.  Claim for Relief

**WHEREFORE,** Defendant prays this Court dismiss this case, Plaintiff take nothing, and for such further and equitable relief as justice requires.

LEURA GARRETT CANARY
United States Attorney


 /s/ Candice M. Turner
CANDICE M. TURNER
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 14198
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 514-6475
Candice.M.Turner@usdoj.gov

**CERTIFICATE OF SERVICE**

**IT IS HEREBY CERTIFIED** that service of the foregoing Answer has this 3rd day of October, 2005, been made pursuant to Rule 5 of the Federal Rules of Civil Procedure, by depositing copies thereof in the United States mail, by first class postage prepaid, addressed to the following:

>James M. Sizemore, Jr., Esq.
>461 South Court Street
>Montgomery, AL 36104-4101

>     /s/ Candice M. Turner
>CANDICE M. TURNER
>Trial Attorney, Tax Division
>U.S. Department of Justice
>P.O. Box 14198
>Ben Franklin Station
>Washington, D.C.  20044

1369279.1