## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA

PATRICIA GRANT,                          )
                                         )
                  Plaintiff,             )
                                         )
        v.                               )       Case No. 2:05-cv-683-M
                                         )
UNITED STATES,                           )
                                         )
                  Defendant.             )

## MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, through the undersigned attorney, and moves

the Court to substitute James T. Lyons, a Trial Attorney with the United States Department of

Justice, Tax Division, as counsel for the Defendant in place of Candice M. Turner in the above

referenced matter.  Candice M. Turner no longer works for the United States Department of

Justice.

LEURA GARRETT CANARY
United States Attorney


JAMES T. LYONS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 14198
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 514-5880

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that on this 3rd day of November, 2005, service of the

foregoing MOTION TO SUBSTITUTE COUNSEL has been made pursuant to Rule 5 of the

Federal Rules of Civil Procedure, by depositing a copy thereof in the United States mail, by first

class postage prepaid, addressed to the attorney for Plaintiff Patricia Grant, James Middleton

Sizemore, at the following address:

792 Commerce Drive, Suite 104
Alexander City, Alabama 35010

JAMES T. LYONS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, D.C.  20044