UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **Patricia GRANT** ) | |
| **Plaintiff** ) | |
| ) | Case 2:05-cv-683-M |
| **v.** ) | |
| ) | Demand for Jury Trial |
| **UNITED STATES** ) | |
| **Defendant** ) | |

**JOINT MOTION
FOR TELEPHONE SCHEDULING CONFERENCE**

Come the parties by counsel and move the Court to allow the scheduling conference set on November 8, 2005, to be conducted by telephone. In support of this motion, the parties show:

1. Plaintiff's counsel, James M. Sizemore, Jr., plans to be traveling by automobile to Pittsburgh, Pennsylvania, leaving Alabama on November 7 and arriving in Pittsburgh on the evening of November 8. At the time of the scheduling conference (10:30 a.m.), counsel will be at 606/523-1412. He may also be reached on his cell phone at 334/220-1132.

**2.** Defendant's counsel has his principal office in Washington, D.C., and plans to be there on November 8, 2005. His telephone number is 202/514-5880.

3. The parties intend to conduct a planning conference and to submit a case plan to the Court prior to the scheduling conference.

4. Plaintiff's counsel will arrange and initiate the telephone conference.

THEREFORE, the parties move the Court to allow them to participate in the scheduling conference by telephone.

**/s/ James M. Sizemore, Jr.**
Attorney for Plaintiff
792 Commerce Drive, Suite 104
Alexander City, AL  35010
256/409-1985; Fax 256/409-1987


**/s/ James T. Lyons**
Attorney for Defendant
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office 14198
Ben Franklin Station
Washington, D.C.  20044
202/514-5880