UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **Patricia GRANT** | ) | |
| **Plaintiff** | ) | |
| | ) | Case 2:05-cv-683-M |
| v. | ) | |
| | ) | Demand for Jury Trial |
| **UNITED STATES** | ) | |
| **Defendant** | ) | |

### REPORT OF THE PARTIES' PLANNING MEETING

1. Pursuant to Federal Rule of Civil Procedure 26(f), the parties conducted a meeting by telephone on October 31, 2005. James M. Sizemore, Jr., attended on behalf of the Plaintiff, and James T. Lyons attended on behalf of the Defendant.

2. The parties propose that discovery be commenced immediately and that the parties be permitted to file dispositive motions by December 12, 2005.

3. **Pre-Discovery Disclosures.** The parties will exchange by December 12, 2005 the information required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

4. **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

   a. Plaintiff does not require further discovery unless in response to matters raised by Defendant's discovery.

   b. Discovery will be needed by the Defendant as to the following subjects, which include but are not limited to:

   whether Plaintiff qualifies for the earned income credit for the 1996 tax year, and whether Plaintiff has satisfied the requirements necessary to obtain attorney's fees.

1

    c.  Maximum of 25 interrogatories on the merits by each party to any other party. Responses due 20 days after service.

    d.  Maximum of 10 requests for production on the merits by each party. Responses due 20 days after service.

    e.  Maximum of 2 depositions for Plaintiff and 5 depositions for the Defendant. Depositions shall be limited to seven (7) hours. The parties reserve the right to move the Court for additional depositions if necessary.

    f.  Plaintiff's witness and exhibit lists will be submitted by December 12, 2005. Defendant's witness and exhibit list will be submitted 14 days thereafter. Plaintiffs and Defendant have 14 days to object to the lists submitted by the opposing party.

5.    **Trial.**  The parties jointly propose that the trial be set for jury selection on April 24, 2006.

6.    **Pre-trial Conference.**  The parties request a pre-trial conference not earlier than March 13, 2006.

7.    **Dispositive Motions.**  The parties propose that dispositive motions be filed not later than December 12, 2005.

8.    **Discovery Deadline.**  The parties suggest a discovery deadline of 35 days after the deadlines for dispositive motions.

    **/s/ James M. Sizemore, Jr.**
    Attorney for Plaintiff

    **/s/ James T. Lyons**
    Attorney for Defendant