IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICIA GRANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv683-M |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## O R D E R ON MOTION

On 4 November 2005, the defendant filed a Motion to Substitute Counsel (Doc. #7), and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk is directed to forward all documents in this case to the attention of the new counsel of record.

DONE this 7th day of November, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE