IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICIA GRANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv683-M |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## O R D E R ON MOTION

On 4 November 2005, the parties filed a Joint Motion for Telephone Scheduling Conference (Doc. #8), and for good cause shown, it is

ORDERED that the motion is GRANTED. Counsel for the plaintiff has indicated that they would arrange the conference call on 8 November 2005 at 10:30 a.m.

DONE this 7th day of November, 2005.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE