IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PATRICIA GRANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv683-M |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant | ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

November 1, 2005
DATE

[Signature]
SIGNATURE

United States
COUNSEL FOR (print name of all parties)

P.O. Box 14198, Washington, D.C. 20044
ADDRESS, CITY, STATE, ZIP CODE

(202) 514-5880
TELEPHONE NUMBER

**\*\*\* DO NOT FILE THIS DOCUMENT ELECTRONICALLY \*\*\***

3

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that on this 3rd day of November, 2005, service of the foregoing CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE has been made pursuant to Rule 5 of the Federal Rules of Civil Procedure, by depositing a copy thereof in the United States mail, by first class postage prepaid, addressed to the attorney for Plaintiff Patricia Grant, James Middleton Sizemore, at the following address:

792 Commerce Drive, Suite 104
Alexander City, Alabama 35010

_____
JAMES T. LYONS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044