ECE

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PATRICIA GRANT,                    )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )        CIVIL ACTION NO. 2:05cv683-M
                                   )
UNITED STATES,                     )
                                   )
        Defendant                  )

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or

parties to the above-captioned civil matter who previously have indicated their consent to the

jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United

States Magistrate Judge conducting any and all further proceedings in the case, including trial, and

ordering the entry of a final judgment.

_October 27, 2005_
DATE

_James M. Symin_
SIGNATURE

_Patricia Grant_
COUNSEL FOR (print name of all parties)

_792 Commerce Drive, Suite 104_
ADDRESS, CITY, STATE, ZIP CODE
_Alexander City, AL 35010_
_256/409-1985; Fax 25./409-1987_
TELEPHONE NUMBER

*** **DO NOT FILE THIS DOCUMENT ELECTRONICALLY** ***

3