MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery, Alabama

HON. Vanzetta Penn McPherson

DATE COMMENCED: 11/8/05             DIGITAL RECORDING: 10:32 - 10:37
DATE COMPLETED: 11/8/05

Patricia Grant                      *
vs                                  *     2:05cv683-M
United States                       *

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| James Middleton Sizemore, Jr. | | James T. Lyons |

COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy

PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS: Scheduling Conference by Telephone

| Description | 2:05cv683-VPM: Patricia Grant v. United States: Scheduling Conference | |
|---|---|---|
| Date | 11/8/2005 | Location: Courtroom 5A |

| Time | Speaker | Note |
|---|---|---|
| 10:32:05 AM | Court | Court Convenes |
| 10:32:09 AM | Attorneys | Witnesses in District |
| 10:32:18 AM | Court | Chance of Settlement addressed |
| 10:33:36 AM | Court | Will USA participate with the Case |
| 10:34:01 AM | Dft | Not Sure at this point; AUSA have been informed but Mr. Lyons has signed pleadings thus far |
| 10:34:20 AM | Court | Is there any dispute of payment |
| 10:36:01 AM | Court | Jury Selection April 24, 2006 |
| 10:36:53 AM | Court | Addresses Discovery deadlines |
| 10:37:10 AM | Court | To Issue Scheduling Order by Next Week |
| 10:37:46 AM | | Court in Recess |