# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| PATRICIA GRANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:05-cv-683-M |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE CONCERNING SETTLEMENT AND MEDIATION

Pursuant to the Court's Order filed January 10, 2006, the parties file this Notice Concerning Settlement and Mediation. Plaintiff and Defendant in the above-referenced case have agreed to final terms of settlement. The Internal Revenue Service will be sending a check in Ms. Grant's name to Mr. Lyons, counsel for Defendant, who will then send the check to Mr. Sizemore, counsel for Plaintiff. Once Mr. Sizemore has received the check, the parties will file the Joint Stipulation of Dismissal. Therefore, mediation is not necessary in this case.

/s/ JAMES M. SIZEMORE, JR.
JAMES M. SIZEMORE, JR.
792 Commerce Drive
Suite 104
Alexander City, AL 35010
256-409-1985

LEURA GARRETT CANARY
United States Attorney

<u>/s/ JAMES T. LYONS</u>
JAMES T. LYONS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 14198
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-5880

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that service of the foregoing has this 10th day of February 2006, been made by filing the foregoing with the Clerk of Court using the CM/ECF system, which will send notice to the plaintiff's attorney, James M. Sizemore, Jr.

                                            /s/ JAMES T. LYONS
                                            JAMES T. LYONS
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice
                                            P.O. Box 14198
                                            Ben Franklin Station
                                            Washington, D.C.  20044