IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PATRICIA GRANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05CV683-VPM |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On 10 February 2006, the parties notified the court that they had settled the issues in this case and that, pursuant to this court's previous order, mediation is unnecessary (See Doc. # 19). The trial of this case is set for 24 April 2006. Based upon the representations in the notice, and or good cause, it is

ORDERED that the parties shall file their Joint Stipulation with the Clerk of the court on or before 10 March 2006.

DONE this 13th day of February, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE