## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| PATRICIA GRANT, )<br>)<br>       **Plaintiff,** )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>       **Defendant.** ) | Case No. 2:05-cv-683-M |

### STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that the complaint in the above-entitled case be dismissed with prejudice, the parties to bear their respective costs, including any attorneys' fees or other expenses of litigation.

/s/ JAMES M. SIZEMORE, JR.
JAMES M. SIZEMORE, JR.
792 Commerce Drive
Suite 104
Alexander City, AL 35010
256-409-1985

LEURA GARRETT CANARY
United States Attorney

/s/ JAMES T. LYONS
JAMES T. LYONS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 14198
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-5880

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that service of the foregoing Stipulation for Dismissal has this 9th day of March 2006, been made by filing the foregoing Stipulation for Dismissal with the Clerk of Court using the CM/ECF system, which will send notice to the plaintiff's attorney, James M. Sizemore, Jr.

/s/ JAMES T. LYONS
JAMES T. LYONS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044