IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICIA GRANT, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv683VPM |
| | )       [WO] |
| UNITED STATES, | ) |
| | ) |
|    Defendant. | ) |

# ORDER

On 14 March 2006, this court inadvertently entered an order styling the above-styled case incorrectly. Therefore, it is

ORDERED that this court's order (Doc. #22) is VACATED.

DONE this 14th day of March, 2006.

                         /s/ Vanzetta Penn McPherson
                         VANZETTA PENN MCPHERSON
                         UNITED STATES MAGISTRATE JUDGE