IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICIA GRANT, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv683VPM |
| | )       [WO] |
| UNITED STATES, | ) |
| | ) |
|    Defendant. | ) |

# ORDER

On 9 March 2006, the parties filed a Stipulation of Dismissal (Doc. # 21). Upon the court's review of the joint stipulation, it is ORDERED and ADJUDGED as follows:

1    This action is hereby dismissed with prejudice; and

2.    Each party shall bear their own costs including any attorneys' fees or other expenses of this litigation.

The clerk of court is DIRECTED to TERMINATE all pending motions in this case, denied as moot.

DONE this 14th day of March, 2006.

VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE